■ In the Matter of HAROLD WIGGINS, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Appellant.—Determination annulled, on the law, and petition granted *(see, mem in Matter of Lahey v Kelly,* 125 AD2d 923 [decided herewith]). All concur, except Balio, J., who dissents and votes to confirm the determination *(see, dissenting mem in*

*Matter of Lahey v Kelly,* 125 AD2d 923, 924-926 [decided herewith], *supra).* (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—art 78.) Present—Doerr, J. P., Boomer, Green, Pine, and Balio, JJ.